AUSA M. Claire Nicholson (312) 697-4073

**FILED**
OCT 22 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANG QIANG TAN, aka "Ken" | Case No.: **19CR 795**<br>Magistrate Judge Maria Valdez |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, KEYUR M. PATEL, personally appearing before United States Magistrate Judge MARIA VALDEZ and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that YANG QIANG TAN, aka "Ken", has been charged by Indictment in the Central District of California with the following criminal offense: conspiracy to launder money instruments, in violation of Title 18, United States Code, Section 1956(h).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

_____
KEYUR M. PATEL
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN to before me this 22nd day of October, 2019.

_____
MARIA VALDEZ
United States Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                      January 2019 Grand Jury
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 19-CR00362-AB |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 963: Conspiracy to Import Controlled Substances and to Distribute Controlled Substances for the Purpose of Unlawful Importation; 21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances; 21 U.S.C. §§ 841(a)(1), (b)(1)(A): Possession with Intent to Distribute Controlled Substances; 18 U.S.C. § 1956(h): Conspiracy to Launder Monetary Instruments; 18 U.S.C. § 2(a): Aiding and Abetting; 21 U.S.C. § 853: Criminal Forfeiture; 18 U.S.C. § 982(a)(1): Criminal Forfeiture] |
| FAUSTO FERNANDO ALVAREZ-CARO, aka "Joe Black," aka "PSG," aka "BAYER 04," aka "Atletico," aka "JUVENTUS," JOEL EDUARDO LOPEZ-QUINTERO, aka "Macarion," aka "MACARION…," aka "Joel Lopez," FNU LNU, aka "El Santo," aka "Rolando," aka "Charro," aka "Bronco," aka "El Médico*clover*," aka "Black Wolf *brrrr*," aka "Black Wolf," aka "Black Wolf <O=}," aka "Cuauthemoc," aka "Bajita la tenaza," aka "Django," aka "Bartolomeo," FNU LNU, aka "El B," aka "Diablito," aka "DiabloðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆ," aka "EL B) B) B) >=) >=) | |

```
 1       >=),"
      FNU LNU,
 2      aka "RK NEW,"
        aka "Rk. New ;),"
 3      aka "Rk  New =-?,"
        aka "Rokanroll  B-),"
 4    FNU LNU,
        aka "Zazz Nss,"
 5      aka "Eliot Ness,"
        aka "Sasss,"
 6      aka "Sass,"
        aka "Sas Nuevo,"
 7      aka "Sasa ness,"
        aka "Sasa ness new,"
 8      aka "Zaz NS,"
        aka "Zazz nns,"
 9      aka "Zazz Ness,"
      FNU LNU,
10      aka "tio tehuacan,"
      FNU LNU,
11      aka "Maximo,"
      FNU LNU,
12      aka "T,"
        aka "Mercedes,"
13      aka "Meche,"
        aka "Tony,"
14    FNU LNU,
        aka "Rusia (y),"
15    FNU LNU,
        aka "Chainis,"
16      aka "Chainis new,"
      FNU LNU,
17      aka "Chiverito,"
        aka "Chiverito new,"
18    FNU LNU,
        aka "La Comadree,"
19      aka "Comadree,"
      FNU LNU,
20      aka "Lebron J,"
        aka "Casper,"
21    CARLOS HUMBERTO CHACON-VEGA,
        aka "Carlos Humberto Vega,"
22      aka "Cowboy,"
      OSVALDO VALENCIA GALVAN,
23      aka "Valdio,"
      JOSUE ELIUD MORALES,
24      aka "Jose E Morales,"
      JULIO CESAR MORALES,
25      aka "Julio Cesar Morales-
           Medina,"
26      aka "Julio Morales-Medina,"
      FRANCISCO MORENO,
27      aka "Wason,"
      AMBERTO BELTRAN,
28      aka "Amembertito,"
```

2

```
 1  OMAR GIOVANI VELASQUEZ,
        aka "Geovany,"
 2  RUBEN CONTRERAS,
        aka "Ruben Contrearas,"
 3      aka "CRAZYRUBEN,"
        aka "Ruben Dario Contreras,"
 4  ENRIQUE JAVIER-VALLEJO,
        aka "Javier Vallejo Enrique,"
 5  VIDAL FIERRO,
        aka "Bidal,"
 6      aka "Vidal Angel Fierro,"
    EDUARDO OCHOA-VELASQUEZ,
 7      aka "Chetos,"
        aka "Eduardo Ochoa,"
 8      aka "Eduardo Alejandro
          Velasquez,"
 9  LIZBETH DEYANIRA OLIVIAS
          SERRANO, and
10  YANG QIANG TAN,
        aka "Ken,"
11
         Defendants.
12
```

13    The Grand Jury charges:

14                    COUNT ONE

15                 [21 U.S.C. § 963]

16    Beginning on a date unknown, and continuing to on or about June

17 19, 2019, in Los Angeles and Riverside Counties, within the Central

18 District of California, and elsewhere, defendants FAUSTO FERNANDO

19 ALVAREZ-CARO, also known as ("aka") "Joe Black," aka "PSG," aka

20 "BAYER 04," aka "Atletico," aka "JUVENTUS," JOEL EDUARDO LOPEZ-

21 QUINTERO, aka "Macarion," aka "MACARION…," aka "Joel Lopez," First

22 Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "El B," aka

23 "Diablito," aka "DiabloðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆ," aka "EL B) B) B) >=)

24 >=) >=)," FNU LNU, aka "Zazz Nss," aka "Eliot Ness," aka "Sasss," aka

25 "Sass," aka "Sas Nuevo," aka "Sasa ness," aka "Sasa ness new," aka

26 "Zaz NS," aka "Zazz nns," aka "Zazz Ness," FNU LNU, aka "Maximo," FNU

27 LNU, aka "T," aka "Mercedes," aka "Meche," aka "Tony," OSVALDO

28 VALENCIA GALVAN, aka "Valdio," ENRIQUE JAVIER-VALLEJO, aka "Javier

                                   3

Vallejo Enrique," and VIDAL FIERRO, aka "Bidal," aka "Vidal Angel Fierro," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally import into the United States from a place outside thereof, and to knowingly and intentionally distribute for the purpose of such importation, the following controlled substances:

    1. at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, 952(a), 959(a), 960(a)(1), (a)(3), and (b)(1)(H);

    2. at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952(a), 959(a), 960(a)(1), (a)(3), and (b)(1)(B); and

    3. at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952(a), 959(a), 960(a)(1), (a)(3), and 960(b)(1)(A).

COUNT TWO

[21 U.S.C. § 846]

Beginning on a date unknown, and continuing to on or about June 19, 2019, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, defendants FAUSTO FERNANDO ALVAREZ-CARO, also known as ("aka") "Joe Black," aka "PSG," aka "BAYER 04," aka "Atletico," aka "JUVENTUS," JOEL EDUARDO LOPEZ-QUINTERO, aka "Macarion," aka "MACARION…," aka "Joel Lopez," First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "El Santo," aka "Rolando," aka "Charro," aka "Bronco," aka "El Médico*clover*," aka "Black Wolf *brrrr*," aka "Black Wolf," aka "Black Wolf <O=}," aka "Cuauthemoc," aka "Bajita la tenaza," aka "Django," aka "Bartolomeo," FNU LNU, aka "El B," aka "Diablito," aka "DiabloðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆðŸ˜ˆ," aka "EL B) B) B) >=) >=) >=)," FNU LNU, aka "RK NEW," aka "Rk. New ;)," aka "Rk New =-?," aka "Rokanroll B-)," FNU LNU, aka "Zazz Nss," aka "Eliot Ness," aka "Sasss," aka "Sass," aka "Sas Nuevo," aka "Sasa ness," aka "Sasa ness new," aka "Zaz NS," aka "Zazz nns," aka "Zazz Ness," FNU LNU, aka "tio tehuacan," FNU LNU, aka "Maximo," FNU LNU, aka "T," aka "Mercedes," aka "Meche," aka "Tony," FNU LNU, aka "Rusia (y)," FNU LNU, aka "Chainis," aka "Chainis new," FNU LNU, aka "Chiverito," aka "Chiverito new," FNU LNU, aka "La Comadree," aka "Comadree," FNU LNU, aka "Lebron J," aka "Casper," CARLOS HUMBERTO CHACON-VEGA, aka "Carlos Humberto Vega," aka "Cowboy," OSVALDO VALENCIA GALVAN, aka "Valdio," JOSUE ELIUD MORALES, aka "Jose E Morales," JULIO CESAR MORALES, aka "Julio Cesar Morales-Medina," aka "Julio Morales-Medina," FRANCISCO MORENO, aka "Wason," AMBERTO BELTRAN, aka "Amembertito," OMAR GIOVANI VELASQUEZ, aka "Geovany," RUBEN

5

CONTRERAS, aka "Ruben Contrearas," aka "CRAZYRUBEN," aka "Ruben Dario Contreras," ENRIQUE JAVIER-VALLEJO, aka "Javier Vallejo Enrique," VIDAL FIERRO, aka "Bidal," aka "Vidal Angel Fierro," EDUARDO OCHOA-VELASQUEZ, aka "Chetos," aka "Eduardo Ochoa," aka "Eduardo Alejandro Velasquez," and LIZBETH DEYANIRA OLIVIAS SERRANO, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute and possess with intent to distribute:

    1.    at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii);

    2.    at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); and

    3.    at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

On or about September 17, 2015, in Riverside County, within the Central District of California, defendants FAUSTO FERNANDO ALVAREZ-CARO, also known as ("aka") "Joe Black," aka "PSG," aka "BAYER 04," aka "Atletico," aka "JUVENTUS," First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "Zazz Nss," aka "Eliot Ness," aka "Sasss," aka "Sass," aka "Sas Nuevo," aka "Sasa ness," aka "Sasa ness new," aka "Zaz NS," aka "Zazz nns," aka "Zazz Ness," FNU LNU, aka "Maximo," FNU LNU, aka "T," aka "Mercedes," aka "Meche," aka "Tony," ENRIQUE JAVIER-VALLEJO, aka "Javier Vallejo Enrique," and VIDAL FIERRO, aka "Bidal," aka "Vidal Angel Fierro," each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 7.853 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii); 18 U.S.C. § 2(a)]

On or about October 9, 2015, in Los Angeles County, within the Central District of California, defendants FAUSTO FERNANDO ALVAREZ-CARO, also known as ("aka") "Joe Black," aka "PSG," aka "BAYER 04," aka "Atletico," aka "JUVENTUS," First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "Rusia (y)," FNU LNU, aka "Chainis," aka "Chainis new," FRANCISCO MORENO, aka "Wason," AMBERTO BELTRAN, aka "Amembertito," OMAR GIOVANI VELASQUEZ, aka "Geovany," and RUBEN CONTRERAS, aka "Ruben Contrearas," aka "CRAZYRUBEN," aka "Ruben Dario Contreras," each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 14.7 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about April 20, 2016, in Los Angeles County, within the Central District of California, defendants First Name Unknown ("FNU") Last Name Unknown ("LNU"), also known as ("aka") "El Santo," aka "Rolando," aka "Charro," aka "Bronco," aka "El Médico*clover*," aka "Black Wolf *brrrr*," aka "Black Wolf," aka "Black Wolf <O=}," aka "Cuauthemoc," aka "Bajita la tenaza," aka "Django," aka "Bartolomeo," FNU LNU, aka "RK NEW," aka "Rk. New ;)," aka "Rk New =-?," aka "Rokanroll B-)," JOSUE ELIUD MORALES, aka "Jose E Morales," and JULIO CESAR MORALES, aka "Julio Cesar Morales-Medina," aka "Julio Morales-Medina," each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 8,702 grams, of methamphetamine, a Schedule II controlled substance.

## COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about May 18, 2016, in Los Angeles County, within the Central District of California, defendants First Name Unknown ("FNU") Last Name Unknown ("LNU"), also known as ("aka") "RK NEW," aka "Rk. New ;)," aka "Rk New =-?," aka "Rokanroll B-)," FNU LNU, aka "La Comadree," aka "Comadree," and EDUARDO OCHOA-VELASQUEZ, aka "Chetos," aka "Eduardo Ochoa," aka "Eduardo Alejandro Velasquez," each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 871 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[18 U.S.C. § 1956(h)]

Beginning on a date unknown, and continuing to on or about June 19, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "El B," aka "Diablito," aka "Diabloð˜˜ð˜˜ð˜˜ð˜˜ð˜˜," aka "EL B) B) B) >=) >=) >=)," FNU LNU, aka "tio tehuacan," FNU LNU, aka "Lebron J," aka "Casper," CARLOS HUMBERTO CHACON-VEGA, aka "Carlos Humberto Vega," aka "Cowboy," and YANG QIANG TAN, aka "Ken," and others known and unknown to the Grand Jury, conspired and agreed with each other to:

1. knowingly and intentionally conduct and attempt to conduct financial transactions, affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and which property, in fact, involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and knowing that the financial transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

2. knowingly and intentionally transport, transmit, and transfer, and attempt to transport, transmit, and transfer, funds from a place in the United States to a place outside of the United

11

States, knowing that the funds involved in the transportation, transmission, and transfer represented some form of unlawful activity, and which funds, in fact, involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and knowing that such transportation, transmission, and transfer was designed in whole and in part to (a) conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i), and (b) avoid a transaction reporting requirement under State or Federal law, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(ii); and

    3.    knowingly and intentionally transport, transmit, and transfer, and attempt to transport, transmit, and transfer, funds from a place in the United States to a place outside of the United States, with the intent to promote the carrying on of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, in accordance with Title 21, United States Code, Section 853, in the event of any defendant's conviction under Counts One through Six of this Indictment. Each defendant so convicted shall forfeit to the United States the following property:

    a. All right, title and interest in any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any such offense;

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense; and

    c. to the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs 1(a) and (b).

2. Pursuant to Title 21, United States Code, Section 853(p), each defendant convicted of any of Counts One through Six of this Indictment shall forfeit substitute property, up to the value of the total amount described in paragraph 1, if, as the result of any act or omission of said defendant, the property described in paragraph 1, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 982(a)(1)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 982(a)(1), in the event of any defendant's conviction under Count Seven of this Indictment. Each defendant so convicted shall forfeit to the United States the following property:

    a. All right, title and interest in any and all property, real or personal, involved in such offense, and any property traceable to such property; and

    b. to the extent such property is not available for forfeiture, a sum of money equal to the total value of such property.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant convicted of Count Seven of this Indictment shall forfeit substitute property, up to the value of the total amount described in paragraph 1, if, as the result of any act or omission of said defendant, the property described in paragraph 1, or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, &
 Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
 Narcotics, Money Laundering, &
 Racketeering Section

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>YANG QIANG TAN<br>aka Ken<br>Defendant(s) | CASE NUMBER<br>**CR19-362-AB**  27<br><br>**WARRANT FOR ARREST**<br>**UNDER SEAL** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest  **YANG QIANG TAN, aka Ken**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint   ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 1956(h): Conspiracy to Launder Monetary Instruments**

in violation of the following Title, United States Code, Section(s)
**SEE ABOVE**

| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>*[signature] Andres Pedro* | June 19, 2019    LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE<br><br>BY:   MARIA A. AUDERO<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR – 12 (07/04)                                                                                                   PAGE 1 OF 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | **CR19-362-AB** |
| v. | 27 |
| YANG QIANG TAN<br>aka Ken | **WARRANT FOR ARREST**<br>**UNDER SEAL** |
| Defendant(s) | |

### ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|

DATE OF BIRTH: **1989**

SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS:

| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|---|

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT

FBI NUMBER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME:
**DEA**

INVESTIGATIVE AGENCY ADDRESS:

NOTES:

**WARRANT FOR ARREST**

CR – 12 (07/04)  PAGE TWO